UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIANA MALL, LLC : | |
| : | No. 2:14-cv-03984-PBT |
| v. : | |
| : | |
| DAVID M. SHAFKOWITZ, ESQUIRE : | |
| AND LAW OFFICES OF DAVID M. : | |
| SHAFKOWITZ : | |

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

The undersigned counsel for <u>     Plaintiff, Christiana Mall, LLC     </u>, certifies that Christiana Mall, LLC is a <u>non-governmental corporate party</u> and that General Growth Properties, Inc., a NYSE publicly-traded corporation, indirectly owns a large portfolio of entities which operate shopping centers throughout the United States. One of these entities is Christiana Mall, LLC.

Dated: 6/5/2015
                                                    /s/ Vincent van Laar, Esquire
Gavin P. Lentz, Esquire (53609)
Vincent van Laar, Esquire (85672)
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA  19102
Ph: (215) 735-3900
Fax: (215) 735-2455
glentz@bochettoandlentz.com
vvanlaar@bochettoandlentz.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIANA MALL, LLC** : | |
| : | No. 2:14-cv-03984-PBT |
| v. : | |
| : | |
| **DAVID M. SHAFKOWITZ, ESQUIRE** : | |
| **AND LAW OFFICES OF DAVID M.** : | |
| **SHAFKOWITZ** : | |

## CERTIFICATE OF SERVICE

I, Vincent van Laar, Esquire, hereby certify that a true and correct copy of the forgoing Disclosure Statement was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon counsel for the Defendants through this Court's ECF System:

> Matthew S. Marrone, Esquire
> GOLDBERG SEGALLA, LLP
> 1700 Market Street, Suite 1418
> Philadelphia, PA 19103
> mmarrone@goldbergsegalla.com
> *Attorney for Defendants*

**BOCHETTO & LENTZ, P.C.**

Date: June 5, 2015

/s/ Vincent van Laar, Esq.
BY:_____
Vincent van Laar, Esquire