IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIANA MALL, LLC,  :  Plaintiff, : | |
| : | |
| v.  : | CIVIL ACTION No. 14-3984 |
| : | |
| DAVID M. SHAFKOWITZ, ET AL.,  :  Defendants. : | |

## ORDER

**AND NOW**, this 25th day of June, 2015, upon consideration of Defendants David M. Shafkowitz, Esquire and Law Offices of David M. Shafkowitz's Motion for Summary Judgment (Doc. 8), Plaintiff Christiana Mall, LLC's Response in Opposition thereto (Doc. 9), Defendants' Response to Plaintiff's Counter-Statement of Material Facts (Doc. 12), Defendants David M. Shafkowitz, Esquire and Law Offices of David M. Shafkowitz's Reply Brief in Support of Defendants' Motion for Summary Judgment (Doc. 13), and all other briefs, exhibits, and papers herein, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

                                                **BY THE COURT:**

                                                /s/ Petrese B. Tucker
                                                _____

                                                **Hon. Petrese B. Tucker, C.J.**